**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:24CV00057SPM |
| ) | |
| **HOWARD WILLIAM BIER,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff NUTRIEN Ag Solutions, Inc., f/k/a Crop Production Services, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55 (b) (2), and by and through its attorneys BLANTON, NICKELL, COLLINS, DOUGLAS, HANSCHEN & PETERS, L.L.C., for its cause of action against Defendant Howard William Bier, moves this Court for an Order entering Judgment by Default against Defendant Howard William Bier. In support of this motion, Plaintiff states as follows:

1. This is a Complaint on Account and action for unjust enrichment filed by Plaintiff NUTRIEN Ag Solutions, Inc., f/k/a Crop Production Services, Inc. ("Plaintiff"), against Defendant Howard William Bier ("Defendant").

2. Plaintiff alleges Complaint on Note and Unjust Enrichment against Defendant and seeks damages of One Hundred Forty-Five Thousand Eight Hundred Four and Ninety-Two Cents ($145,804.92), plus interest accruing under the account. *See* Complaint Doc #1; Exhibit "A".

3. Defendant was served with a copy of the Complaint in this matter on September

–1–

26, 2024. The return of the executed summons was filed on October 4, 2024, with an Answer date of October 17, 2024.

  4.  To Date, Defendant has failed to Respond in any fashion to Plaintiff's Complaint. Thus, Plaintiff is entitled to a default judgment under Federal Rule of Civil Procedure 55 (b) (2).

  5.  Plaintiff has submitted the following evidence showing it its entitled to relief on the allegations in the Complaint, attached hereto and incorporated herein as Exhibit "A:"

  a.  Affidavit of Doug Stipcich, Dated October 21, 2024;

  b.  Invoices Dated June 30, 2024, showing purchases by Defendants, with total principal balance on the account of $145,804.92;

  c.  A/R Ledger detailing finance charges on the account, showing total amount owed as of June 30, 2024, in the amount of $145,804.92.

For these reasons, inclusive of interest, damages in this case at present One Hundred Forty-Five Thousand Eight Hundred Four and Ninety-Two Cents ($145,804.92). *See id.*

  **WHEREFORE**, for the reasons stated herein, Plaintiff prays that this Court enter a Judgment of Default in favor of Plaintiff and against Defendant Howard William Bier in the amount of One Hundred Forty-Five Thousand Eight Hundred Four and Ninety-Two Cents ($145,804.92), interest at the statutory amount from the date of judgment, and other and further relief the Court deems proper in the circumstances.

        **Respectfully submitted,**

        **BLANTON, NICKELL, COLLINS**
        **DOUGLAS, HANSCHEN & PETERS, L.L.C.**
        **219 South Kingshighway**
        **Post Office Box 805**
        **Sikeston, MO 63801**
        **PHONE: (573) 471-1000     FAX: (573) 471-1012**
        **EMAIL: pdouglas@blantonlaw.com**

**By:**    **/s/    Patrick R. Douglas**
        **Patrick R. Douglas        #51788MO**

*Attorney for Plaintiff NUTRIEN Ag Solutions, Inc.*

### Certificate of Service

    I hereby certify that a copy of the foregoing document was served via electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri to the parties requesting service by electronic filing, and by U.S. Mail, return receipt requested on this 28th day of October, 2024. The individuals being served are as follows:

Howard William Bier
7316 County Rd. 328
Palmyra, MO 63461

        **/s/    Patrick R. Douglas**
          **Patrick R. Douglas**