UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 2:24CV00057 SPM |
| | ) |
| HOWARD WILLIAM BIER, | ) |
| | ) |
| Defendant(s) | ) |

## DEFAULT JUDGMENT FOR SUM CERTAIN

On October 24, 2024, Clerk's Entry of Default was entered against Defendant Howard William Bier [ECF No. 7]. Motion for Default Judgment [ECF No. 8] was filed by Plaintiff on October 28, 2024. Plaintiff's motion shall be granted and default judgment shall be entered for a sum certain.

Accordingly, default judgment is entered in favor of Plaintiff and against Defendant Howard William Bier in the sum of $145,804.92. Post-judgment interest shall continue at the legal rate as provided by law until paid in full.

Dated this 12th day of November 2024.

_____
Nathan M. Graves
Clerk of Court